UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-61170-Civ-DIMITROULEAS

CITY OF ST. CLAIR SHORES POLICE AND
FIRE RETIREMENT SYSTEM, Individually
and on Behalf of All Others Similarly Situated,

           Plaintiff,

vs.

NATIONSTAR MORTGAGE HOLDINGS
INC., et al.,

           Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiffs' Notice [DE 71], filed herein on July 22, 2016.  The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

On June 20, 20, 2016, the Court entered an Order Granting Motion to Dismiss Amended Complaint. [DE 68].  The Court ruled in pertinent part that, "[w]hile it does not appear to the Court that any amendments would be successful, the Court in an abundance of caution will allow Plaintiffs permission to file a second amended complaint in accordance with the rulings in this Order on or before July 11, 2016." *Id.* at p. 26.  That deadline was subsequently extended to July 22, 2016. *See* [DE 70].  Plaintiffs state in their Notice that they have decided not to file a second amended complaint.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **DISMISSED WITH PREJUDICE**;

2. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of July, 2016.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record